Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277



**United States Bankruptcy Court**
**Central District of California**

MISAEL GONZALEZ SILVA

GRISELDA ISABEL SILVA

) Chapter 13
)
) Case No.: 8:04-bk-13078-TA
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) (Bankruptcy Rule 3010)
)
)
)
)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300650** in the sum of **$3.52** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name and address of the party entitled to said unclaimed dividend is as follows:

MISAEL GONZALEZ SILVA
GRISELDA ISABEL SILVA
907 E STAFFORD ST
SANTA ANA, CA 92701

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0413078 | MISAEL GONZALEZ & GRISELDA ISABEL SILVA ACCT: | Claim: 00000 | XXX-XX-6810 XXX-XX-8746 | 3.52 | 0.00 | 3.52 |
| | | TOTALS | | 3.52 | 0.00 | 3.52 |

MISAEL GONZALEZ SILVA
GRISELDA ISABEL SILVA
BALANCE:              [0.00 33/00000]
SSN: XXX-XX-6810    SSN: XXX-XX-8746
ACCT:                        CASE: 0413078
PRINCIPAL:        3.52    INTEREST:        0.00

**AMRANE COHEN**  SUNTRUST           64-79           0300650
**CHAPTER 13 TRUSTEE**  800-786-8787           611
CHAPTER 13 TRUSTEE                                Dec 24, 2009
PO BOX 809
ORANGE, CA  92856                         VOID 90 DAYS FROM DATE

*********$3.52

**PAY**   Three And 52 / 100 Dollars

**TO THE ORDER OF**   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300650⑈ ⑆061100790⑆ 000000575186 2⑈